Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____ Illinois _____

In re _Heather Diana Weakisz_  Case No. 07-21409
           Debtor

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__  Check one ☑ With the filing of the petition, or
                         ☐ On or before _____

   $ __68.50__  on or before __Dec 13, 2007__

   $ __68.50__  on or before __Jan 24, 2008__

   $ __68.50__  on or before __Feb 22, 2008__

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS

   NOV 15 2007

   KENNETH S. GARDNER CLERK
   PS REP. - M.G.N.

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _Heather Diane Weakisz_  _11-14-07_
Signature of Attorney   Date       Signature of Debtor       Date
                                      (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                              _____
                                              Signature of Joint Debtor (if any)       Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

_____ District Of _____Illinois_____

In re __Heather D Meakisz__
              Debtor

Case No. __07-21409__

Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                                ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __NOV __ 2007__

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

_United States Bankruptcy Judge_